HARVEY PIERSON, *Respondent, v.* JOHN VAN MARTER, *Appellant.*— Judgment affirmed. Opinion by SMITH, P. J.

JANE C. COLEMAN, *Respondent, v.* OLIVER C. WRIGHT, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by BARKER, J.

WILLIAM H. MILLETT, *Respondent, v.* GEORGE W. HEAD and another, *Appellants.* — Judgment and order affirmed. Opinion by SMITH, P. J.

STEPHEN H. POWERS and others, *Respondents, v.* GEORGE BENEDICT, *late Sheriff, etc., Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event, unless the plaintiff stipulates to modify the judgment by reducing the rate of interest allowed by the referee from seven to six per cent, in which case the judgment as so modified is affirmed, with costs. Opinion by HARDIN, J.

OLIVER H. P. CHAMPLIN and another, *Respondents, v.* THOMAS STODDART, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BARKER, J.

WASHINGTON A. CORNWALL, *Respondent, v.* WILLIAM L. ISHAM, *Appellant.*— Judgment affirmed. Opinion by BARKER, J.

STEPHEN WINCHELL, *Respondent, v.* DAVID WINCHELL and others, *Appellants.* — Judgment and order affirmed. Opinion by SMITH, P. J.

LUKE WELLS, *Respondent and Appellant, v.* THE BOARD OF EDUCATION, ETC., *Respondent and Appellant.* — That part of the judgment appealed from by plaintiff affirmed, and so much of the judgment appealed from by defendant as allowed a temporary injunction pending appeal reversed, with costs of one appeal to defendant. Opinion by HARDIN, J.

SARAH E. LINHART, *Respondent, v.* SAMUEL H. KINNE, *Appellant.*— Judgment and order reversed and a new trial ordered, costs to abide event. Opinion by BARKER, J.

HENRY WINCHELL, *Appellant, v.* STEPHEN WINCHELL and another, *Respondents.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

GEORGE H. CONVERSE, *by Guardian, etc., Respondent, 'v.* ARTEMUS B. WALKER, *Appellant.* — Declined to be considered on the ground that the appeal papers are not properly certified and do not contain the statement required by the rules.

HENRY E. DUNHAM, *Respondent, v.* GEORGE S. HAYDEN, *Appellant.* — Judgment of County Court affirmed.

HARRIET M. MACKEY, *Respondent, v.* HERBERT D. BABBITT, *Appellant.* — Judgment and order affirmed. Opinion by BARKER, J.

JOSEPHINE R. BARROW and another, *Executors, etc., Respondents, v.* GEORGE SPIES and others, *Appellants.* — Judgment affirmed, with costs, on the opinion of the county judge.